01

02

03           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
04                   AT SEATTLE

05  UNITED STATES OF AMERICA,        )   CASE NO. CR09-192-TSZ
                                     )
06          Plaintiff,               )
                                     )
07          v.                       )
                                     )   DETENTION ORDER
08  PAUL BENJAMIN ALLAIRE,           )
                                     )
09          Defendant.               )
    _____  )

10

11  Offense charged:      Felon in Possession of a Firearm

12  Date of Detention Hearing:    October 1, 2009

13          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

14  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

15  that no condition or combination of conditions which defendant can meet will reasonably assure

16  the appearance of defendant as required and the safety of other persons and the community.

17          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

18          (1)     Defendant was indicted for and has pled guilty to possessing several firearms,

19  having been convicted of eleven separate felonies in the State of Washington from 1985 through

20  2001.

21          (2)     Defendant came to this Court from the custody of the Snohomish County jail. The

22  question of detention is essentially moot, since defendant would remain in state custody if not

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                       Rev. 1/91
PAGE 1

01 detained by this Court.

02     (3)     There does not appear to be any condition or combination of conditions that will

03 reasonably assure the defendant's appearance at future Court hearings while addressing the

04 danger to other persons or the community.

05 It is therefore ORDERED:

06     (1)     Defendant shall be detained pending trial and committed to the custody of the

07             Attorney General for confinement in a correction facility separate, to the extent

08             practicable, from persons awaiting or serving sentences or being held in custody

09             pending appeal;

10     (2)     Defendant shall be afforded reasonable opportunity for private consultation with

11             counsel;

12     (3)     On order of a court of the United States or on request of an attorney for the

13             Government, the person in charge of the corrections facility in which defendant

14             is confined shall deliver the defendant to a United States Marshal for the purpose

15             of an appearance in connection with a court proceeding; and

16     (4)     The clerk shall direct copies of this Order to counsel for the United States, to

17             counsel for the defendant, to the United States Marshal, and to the United States

18             Pretrial Services Officer.

19     DATED this 2nd day of October, 2009.

20

21                                             Mary Alice Theiler
                                               United States Magistrate Judge
22